**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Cause number:   01-13-00894-CR; 01-13-00895-CR

Style:     Julio Alvarado

       **v** The State of Texas

Date motion filed*:  August 28, 2014

Type of motion:  Motion for Discovery

Party filing motion: Pro se

Document to be filed:

If motion to extend time:

   Deadline to file document:

   Number of previous extensions granted:

   Length of extension sought:

Ordered that motion is:

☐  Granted
   If document is to be filed, document due:

    ☐ The Clerk is instructed to file the document as of the date of this order
    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐  Denied

☒  Dismissed (*e.g.*, want of jurisdiction, moot)

   **Appellant, acting *pro se*, filed motions entitled "Discovery Motion—'Brady' Inconsistent Evidence" in both of these appeals. The motions are dismissed because appellant is represented by counsel and has no right to hybrid representation. *See Scheanette v. State*, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004); *Ex Parte Taylor, 36 S.W.3d 883, 887* (Tex. Crim. App. 2001).**

Judge's signature: /s/ Michael Massengale
      ☒ Acting individually  ☐ Acting for the Court

     Panel consists of _____.

Date: September 2, 2014